# Memo — Please write Back!

**To:** Corporation Counsel, Office of the Comptroller,
Care of Clerks Office
(and Presiding Judge Case - 08 CV 2587)
Brooklyn Federal Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL - 8 2009 ★
BROOKLYN OFFICE

Rec'd 7/13/09

COPY

**From:** Frederick Mooby Martinez
Case 08 CV 2587.

**Subject:** Request For Case Information
Return Notification neccesary!

Enclosed is a copy of the Settlement Agreement that was Signed and Forwarded to the Following Parties listed above.

At Your Convenience, Can you please write me Back to let me know that these Documents Were Recieved. If So I would appreciate that payment Be affected Soon Since I Chose to Resolve this case out of Court. Please also let me know when will I Recieve Payment for I'm in a Crisis.

C: Supervisor Claims
Office of the Comptroller, NYC.
Corporation Counsel NYC.
Supervisors Office
Cheif Clerks office   Brooklyn Federal Court

Thank you
Respectfully,
[signature]
08 CV 2587

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

FREDDY MOODY,

                        Plaintiff,       **AFFIDAVIT OF NO LIENS**

      -against-                 08-CV-2587 (SLT)(VVP)

THE CITY OF NEW YORK, et al.,

                        Defendants.

-------------------------------------------------------------------- x

STATE OF NEW YORK     )
                                : SS.:
COUNTY OF Bronx      )

        **FREDDY MOODY a/k/a FREDDY MARTINEZ**, being duly sworn, deposes and says:

1. I am over 18 years and make this affidavit in connection with settlement of this action.
2. There are no outstanding bills or liens against me or my property for obligations owed for treatment received at a New York City Health and Hospitals Corporation facility, nor for the receipt of Workers' Compensation or New York State Disability benefits, as a result of incidents underlying in this action.
3. I have never been a recipient of public assistance from the New York City Department of Social Services.
4. I have no outstanding tax obligations and/or judgments owed to the City of New York.
5. My Social Security number is 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, and my date of birth is 09/06/69.

                                                  _/s/ Frederick Martinez_
                                                  FREDDY MOODY a/k/a FREDDY MARTINEZ

Sworn to before me this 30th
day of June, 2009

_/s/ S. Gressom_
NOTARY PUBLIC
S. Gressom
Commissioner of Deeds
City of New York No: 2-13098
Certificate filed in: Queens County
Commission Expires: October 1, 2010

## GENERAL RELEASE

KNOW THAT I, FREDDY MOODY a/k/a FREDDY MARTINEZ, date of birth 09/06/69, Social Security No. 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, plaintiff in the action entitled Freddy Moody v. City of New York, et al., 08-CV-2587 (SLT)(VVP), in consideration of the payment of Forty-Five Thousand ($45,000.00) Dollars to me by the City of New York, do hereby release and discharge the defendants; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims which were or could have been alleged by me in the aforementioned action, including all claims for attorneys' fees, expenses and costs.

This Release may not be changed orally.

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

IN WITNESS WHEREOF, I have executed this Release this 30th day of June, 2009.

_____
FREDDY MOODY a/k/a FREDDY MARTINEZ

STATE OF New York, COUNTY OF Bronx SS.:

On June 30, 2009 before me personally came Freddy Moody a/k/a Freddy Martinez to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_____
S. Gressom
Commissioner of Deeds
City of New York No: 2-13098
Certificate filed in: Queens County
Commission Expires: October 1, 2010

_____
FREDDY MOODY a/k/a FREDDY MARTINEZ